IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID M. BROWN,

    Plaintiff,

vs.                                           Case No.: 4:05cv507-SPM/WCS

TALLAHASSEE POLICE DEPARTMENT,
et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated March 28, 2006 (doc. 8).  Plaintiff has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1).  Despite Plaintiff's objections, I have determined that the report and recommendation should be adopted.

On February 17, 2006, the magistrate judge issued an order allowing Plaintiff a third opportunity to file a complaint that states a valid claim for relief.  In the order, the magistrate judge advised Plaintiff that he may not arbitrarily list names as defendants on the complaint form.  The magistrate judge directed Plaintiff to present all of his allegations in numbered paragraphs, with clear and concise statements of fact concerning each defendant.  Plaintiff was also

instructed to limit his factual allegations to the incident that occurred on May 21, 2005. The previous complaint (doc. 6) contained irrelevant allegations concerning Plaintiff's religious prophecies.

Plaintiff failed to amend his complaint as ordered. As a result, the magistrate judge has recommended that Plaintiff's case be dismissed without prejudice. Plaintiff objects to the proposed dismissal, primarily arguing that he should be allowed to have his complaint served and to conduct discovery.

Before being allowed to proceed with litigation at public expense, Plaintiff must first file a complaint that states a valid claim for relief against each named defendant. If the discovery process reveals that additional defendants and additional claims exist, Plaintiff may be entitled to amend his complaint. Plaintiff is not, however, entitled to proceed with discovery against arbitrarily named defendants against whom he has not stated a claim for relief. Plaintiff's complaint remains deficient and he has not filed an amended complaint as ordered.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for Plaintiff's failure to comply with a court order.

DONE AND ORDERED this 11th day of May, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge